JOHN C. IVORY, Respondent, v. JOHN M. PEARSON *et al.*, Appellants.

*Practice.*—Judgment for failure to assign error.

*Appeal from St. Louis Circuit Court.*

*Lackland, Cline & Jameson,* for appellants.

*Garesché,* for respondent.

BATES, Judge, delivered the opinion of the court.

The respondent having moved for an affirmance of the judgment for want of an assignment of errors, and no good cause being shown to the contrary, it appears that he is entitled to the affirmance.

Judgment affirmed. Judges Bay and Dryden concur.